# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### 3:14-cv-00665-RJC

| | | |
|---|---|---|
| CATHERINE J. KENNEDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** comes before the Court on Plaintiff's Consent Motion for Fees Under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, filed on May 17, 2016. (Doc. No. 20). Plaintiff indicates that Defendant consents to this Motion. Furthermore, Defendant has not objected to the requested fees, and the time for doing so has expired. Having reviewed the Motion, supporting materials, memorandum in support, and the case file, the Court determines that Plaintiff should be awarded attorneys' fees under EAJA, 28 U.S.C. § 2412(d), in the amount of $5,350.00.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Consent Motion for Fees, (Doc. No. 20), is **GRANTED**. The Court will award attorneys' fees in the amount of $5,350.00, and pursuant to Comm'r of Soc. Sec. v. Ratliff, 560 U.S. 586 (2010), the fee award will first be subject to offset of any debt Plaintiff may owe to the United States. The Commissioner will determine whether Plaintiff owes a debt to the United States. If so, that debt will be satisfied first, and if any funds remain, they will be made payable to Plaintiff and mailed to Plaintiff's counsel. If the United States Department of the Treasury reports to the Commissioner that the Plaintiff does not owe any debt, the Government will exercise its discretion and honor an assignment of EAJA fees, and pay

those fees directly to Plaintiff's counsel.  No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

Signed: June 6, 2016

Robert J. Conrad, Jr.
United States District Judge